AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| United States of America<br>v.<br>JONATHAN DAVIS<br><br>*Defendant(s)* | Case No.   4:21 MJ 7084 SPM<br><br>*SIGNED AND SUBMITTED TO THE COURT FOR FILING BY RELIABLE ELECTRONIC MEANS* |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __1/23/2021__ in the county of __St. Louis__ in the __Eastern__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 1951 | Hobbs Act Robbery |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☐ Continued on the attached sheet.

*I state under the penalty of perjury that the foregoing is true and correct.*

*Complainant's signature*

Thomas Keener, TFO
*Printed name and title*

**Sworn to, attested to, or affirmed before me via reliable electronic means pursuant to Federal Rules of Criminal Procedure 4.1 and 41.**

Date: 03/04/2021

*Judge's signature*

City and state: St. Louis, Missouri          Honorable Shirley Padmore Mensah, U.S. Magistrate Judge
*Printed name and title*